Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TIMOTHY MARTWICK,<br><br>        Plaintiff,<br> v.<br><br>BOB'S HEATING AND AIR CONDITIONING, INC.,<br><br>        Defendant. | No. 2:12-cv-00382<br><br>**STIPULATED ORDER OF DISMISSAL** |

  COME NOW the parties through their undersigned counsel and hereby stipulate to a dismissal of all claims against Defendant Bob's Heating & Air Conditioning, Inc., with prejudice and without costs or fees to either party.

  IT IS HEREBY ORDERED that this action and all claims asserted herein are dismissed with prejudice and without costs or fees to either party, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

/

//

Stipulated Order of Dismissal - 1
(2:12-cv-00382-RSL)

**SUSAN B. MINDENBERGS**
ATTORNEY AT LAW
119 FIRST AVE. SO.-STE. 200
SEATTLE, WA 98104-2564
TEL: (206) 447-1560
FAX: (206) 447-1523

DATED this 14th day of March, 2013.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

FORM APPROVED:

s/ Susan B. Mindenbergs
Susan B. Mindenbergs
WSBA No. 20545
Attorney for Plaintiff

JACKSON LEWIS, LLP
By:  s/ Karen P. Kruse
Karen P. Kruse
WSBA No. 19857
Attorney for Defendant

Stipulated Order of Dismissal - 2
(2:12-cv-00382-RSL)

SUSAN B. MINDENBERGS
ATTORNEY AT LAW
119 FIRST AVE. SO.-STE. 200
SEATTLE, WA 98104-2564
TEL: (206) 447-1560
FAX: (206) 447-1523